UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHERRI D. REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:08-CV-0822-G (BF) |
| COMMISSIONER, SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | **ECF** |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions, and recommendation of United States Magistrate Judge Paul D. Stickney on the Commissioner's motion to reverse and remand. After *de novo* review, the court accepts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

June 4, 2009.

*[signature: A. Joe Fish]*
A. JOE FISH
**Senior United States District Judge**